# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

**Jay F. Neely**
**Chief U.S. Probation Officer**



310 New Bern Avenue, Room 610
Raleigh, NC 27601
Phone: 919-861-8672
Fax: 919-334-5322

**DATE:** April 7, 2026

**FROM:** Melissa K. Lunsmann
Supervisory U.S. Probation Officer

**SUBJECT:** **MARTIN, Jonathan Edward**
**Case No.: 2:20-CR-19-1M**
**<u>Request for Early Termination</u>**

**TO:** Richard E. Myers II
Chief United States District Judge

On May 17, 2021, Jonathan Edward Martin was convicted of Conspiracy to Manufacture, Distribute, and Possess With Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. §§ 846, 841(b)(1)(B), and 841(a)(1). Mr. Martin appeared in United States District Court for the Eastern District of North Carolina and received 74 months imprisonment, followed by five years of supervised release. He began supervision on October 23, 2024.

Mr. Martin has performed satisfactorily on supervision. He has submitted to DNA testing and has not incurred any new criminal charges. His case was evaluated as a low-risk supervision case and has been in our low-risk supervision program since February 26, 2025. All drug screens have been negative. Mr. Martin is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on October 22, 2029.

The probation office respectfully requests early termination. The U.S. Attorney's Office disagrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____
Richard E. Myers II
Chief United States District Judge

4/8/2026
Date